IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

HEATHER PICQUELLE,

    Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:23-cv-15085

Judge Joan H. Lefkow

Magistrate Judge Sunil R. Harjani

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 8 | ☆☆☆☆☆Easymodel |
| 29 | DOLKFU Direct |
| 55 | USHDNG |
| 133 | Fastest 8 to 15 days delivery Frost`nai |
| 198 | Prime Day Deals Today 2023 |
| 18 | lightning deals of today prime clearance Iuhan |
| 44 | DEXIANGTT |
| 125 | Prime Day Deals Today 2023 Clearance |
| 161 | hlysgo Fashion Store |
| 118 | Uillui Trendy Clothing |
| 50 | Weisheng Info |
| 99 | Pin Lo Co., Ltd. |
| 137 | Yuansu |
| 165 | lenikbian |
| 93 | GoodLock ❀Promotion ❀ 5% - 30% Off ❀ |
| 164 | mangguowzi |
| 64 | 7-15 Days Delivery ✈ Kinglianyang US |
| 101 | ✦7-15 Days Fast Delivery ✈ qikunshine |
| 139 | Li-Fu Co., Ltd. |
| 192 | Fang yue co., ltd. |
| 62 | Buy 2 get 1 Free. Tops Blouse |
| 79 | loinrodi Direct |

| | |
|---|---|
| 95 | Mxu-CHhes |
| 132 | Warehouse Sale Clearance Deals |
| 160 | Amanda 7-15 Days Delivery |
| 162 | JINMGG Womens Fashion Store |
| 68 | Zxrwany |

DATED: December 6, 2023　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　*/s/ Keith A. Vogt*
　　　　　　　　　　　　　　　　　　Keith A. Vogt (Bar No. 6207971)
　　　　　　　　　　　　　　　　　　Keith Vogt, Ltd.
　　　　　　　　　　　　　　　　　　33 W. Jackson Blvd., #2W
　　　　　　　　　　　　　　　　　　Chicago, Illinois 60604
　　　　　　　　　　　　　　　　　　Telephone:312-971-6752
　　　　　　　　　　　　　　　　　　E-mail: keith@vogtip.com

　　　　　　　　　　　　　　　　　　***ATTORNEY FOR PLAINTIFF***

## **CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on December 6, 2023 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

                */s/ Keith A. Vogt*
                Keith A. Vogt